AGRO DUTCH INDUSTRIES, LTD., Plaintiff, v. UNITED STATES, Defendant, and COALITION FOR FAIR MUSHROOM TRADE, Defendant-Intervenor.

Court No. 04–00493

## *JUDGMENT*

MUSGRAVE, Judge: This matter having been submitted for decision, and the Court having duly deliberated and now concluding that the second *Results of Redetermination Pursuant to Remand* dated July 19, 2006, in which the defendant explains that the lines of computer programming described in Slip Op. 06–96 (June 23, 2006) accomplishes both a circumstance-of-sale adjustment for differences in commissions pursuant to 19 C.F.R. § 351.410(b) as well as the 351.410(e) adjustment at issue (*i.e.*, commissions paid in one market but not the other), are reasonable, and upon all other papers and proceedings, now, therefore, in view of the foregoing, it is hereby

ORDERED that judgment be, and it hereby is, rendered in favor of defendant, and it is further

ORDERED that *Certain Preserved Mushrooms From India: Final Results of Antidumping Duty Administrative Review*, 69 Fed. Reg. 51630 (Aug. 20, 2004), *as amended* 69 Fed. Reg. 55405 (Sep. 14, 2004) be, and they hereby are, sustained, and it is further

ORDERED that all issues having been decided, this matter is concluded.